■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VERNON HAUSWIRTH, Appellant. [944 NYS2d 712]—Appeal from a judgment of the Supreme Court, Onondaga County (John J. Brunetti, A.J.), rendered December 5, 2008. The judgment convicted defendant, upon his plea of guilty, of robbery in the first degree (two counts).

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Peradotto, Lindley, Sconiers and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERRELL ALLEN, Appellant. [944 NYS2d 712]—Appeal from a judgment of the Onondaga County Court (Joseph E. Fahey, J.), rendered January 7, 2009. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Peradotto, Lindley, Sconiers and Martoche, JJ.